## MOTION AND PROCEDURAL RULINGS

**2006–1682. Kirchner v. Shooters on the Water, Inc.**
Cuyahoga App. No. 86919, 167 Ohio App.3d 708, 2006-Ohio-3583. Sua sponte, this cause is no longer held on Proposition of Law No. I for the decision in 2007–0288 and 2007–0410, *Ahmad v. AK Steel Corp.*, Butler App. No. CA2006–04–089, 2006-Ohio-7031.

This cause is now held on Proposition of Law No. I for the decision in 2007–1222 and 2007–1370, *Lang v. Holly Hill Motel, Inc.*, Jackson App. No. 06CA18, 2007-Ohio-3898, and the briefing schedule remains stayed.

**2006–2029. Stewart v. Lake Cty. Historical Soc., Inc.**
Lake App. No. 2004–L–164, 2006-Ohio-4822. Sua sponte, this cause is no longer held on Proposition of Law Nos. I and III for the decision in 2007–0288 and 2007–0410, *Ahmad v. AK Steel Corp.*, Butler App. No. CA2006–04–089, 2006-Ohio-7031.

This cause is now held on Proposition of Law Nos. I and III for the decision in 2007–1222 and 2007–1370, *Lang v. Holly Hill Motel, Inc.*, Jackson App. No. 06CA18, 2007-Ohio-3898, and the briefing schedule remains stayed.

**2007–1222. Lang v. Holly Hill Motel, Inc.**
Jackson App. No. 06CA18, 2007-Ohio-3898. Sua sponte, this cause is no longer held for the decision in 2007–0288 and 2007–0410, *Ahmad v. AK Steel Corp.*, Butler App. No. CA2006–04–089, 2006-Ohio-7031. Briefing shall proceed in accordance with the Rules of Practice of the Supreme Court of Ohio.

This cause remains consolidated with 2007–1370, *Lang v. Holly Hill Motel, Inc.*, Jackson App. No. 06CA18, 2007-Ohio-3898.

**2007–1370. Lang v. Holly Hill Motel, Inc.**
Jackson App. No. 06CA18, 2007-Ohio-3898. Sua sponte, this cause is no longer held for the decision in 2007–0288 and 2007–0410, *Ahmad v. AK Steel Corp.*, Butler App. No. CA2006–04–089, 2006-Ohio-7031. The parties are to brief the following question certified by the court of appeals:

"Whether a violation of an administrative building code provision prohibits the application of the open and obvious doctrine and precludes summary judgment on a negligence claim?"

This cause remains consolidated with 2007–1222, *Lang v. Holly Hill Motel, Inc.*, Jackson App. No. 06CA18, 2007-Ohio-3898.

## CASE ANNOUNCEMENTS

*August 20, 2008*

[Cite as *08/20/2008 Case Announcements*, 2008-Ohio-4183.]

## MOTION AND PROCEDURAL RULINGS

**2008–1303. Rzepka v. Solon.**
Cuyahoga C.P. No. CV08656878. This cause is pending before the court as an appeal of a contest of an election from the Court of Common Pleas of Cuyahoga County. Upon consideration of appellant's unopposed motion for stay of briefing,

It is ordered by the court that the motion is granted.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1563. Realty Income Corp. v. Lake Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–V–788.